EDWARD FURMAN, Appellant, *v.* OLIVE G. FURMAN, Respondent, Impleaded with Another, Defendant.

Argued January 6, 1942; decided February 26, 1942.

*Edward E. Hoenig* for appellant.

*Jerome A. Strauss* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.